UNITED STATES OF AMERICA,

v.

Frank TORO

No. 3:02CR362PCD.

United States District Court,
D. Connecticut.

July 6, 2004.

Christopher W. Schmeisser, Kari Anne Dooley, U.S. Attorney's Office–BPT, Bridgeport, CT, Kevin J. O'Connor, U.S. Attorney's Office–NH, New Haven, CT, for Plaintiff.

### *ORDER CORRECTING SENTENCE*

DORSEY, District Judge.

Pursuant to the mandate from the Second Circuit [Doc. No. 43], Defendant was resentenced on June 29, 2004. Defendant has filed a Fed. R.Crim. P. 35(a) motion to correct sentence. In light of the recent United States Supreme Court decision

*Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), the sentence rendered on June 29, 2004 is hereby **ORDERED** corrected as follows: Defendant shall serve a term of six months, with all other terms of the June 29 sentence to stand.

A more detailed memorandum shall follow.

SO ORDERED.